**Order entered April 23, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00951-CR

**JOEL THOMAS DIES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-83177-2019**

## ORDER

Before the Court is appellant's April 22, 2021 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed by May 25, 2021.

/s/    ERIN A. NOWELL
JUSTICE